IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TERESA ADAIR                                                    PLAINTIFF

V.                                                                CIVIL ACTION NO.
2:07-CV-91-P-A

MICHAEL J. ASTRUE,
COMMISSION OR SOCIAL SECURITY

## **FINAL JUDGMENT**

In accordance with the memorandum opinion issued this day,

It is, hereby,

**ORDERED:**

That the decision of the Commissioner is reversed and this case is remanded for further consideration in accordance with this opinion and order.

SO ORDERED, this the 23rd day of September, 2008.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE